**DISMISS; and Opinion Filed July 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00263-CV

## IN THE INTEREST OF J.E.A. AND K.D.A., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-00953**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

When the reporter's record in this case had not been timely filed, we sent appellant a letter, dated April 23, 2014, advising him that we would submit the appeal without a reporter's record unless appellant provided documentation that he had (1) requested preparation of the reporter's record and (2) paid or made arrangements to pay for the reporter's fee or had been found to be entitled to proceed without payment of costs. Appellant did not provide the required documentation.

On May 9, 2014, we ordered the case submitted without a reporter's record and ordered appellant to file his brief on or before June 8, 2014. We cautioned appellant that the failure to file a brief would result in this appeal being dismissed without further notice. To date, appellant has not filed a brief or otherwise corresponded with this Court regarding the status of his appeal.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David Evans/
DAVID EVANS
JUSTICE


140263F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF J.E.A. AND
K.D.A., CHILDREN

No. 05-14-00263-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 11-00953.
Opinion delivered by Justice Evans,
Justices Fillmore and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Ivy Allen recover her costs of this appeal from appellant
Jonathan Allen.

Judgment entered this 14th day of July, 2014.